Lulu G. Stillman, Respondent, v. Ernest E. Stillman, Appellant.— Motion to dismiss appeal granted, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

Frederick C. Sturmer, Respondent, v. Samuel S. Jones, Appellant.— The motion for leave to file and argue the appeal taken by the defendant at the April term is denied. The appeal taken by the plaintiff is dismissed upon the consent filed with the papers, without costs to either party. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

William Wortman, Appellant, v. Abraham Shebar and Another, Copartners, etc., Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

Herman Apfelbaum, Respondent, v. Albert B. Gross and Others, a Copartnership, etc., Appellants.— Order of reference affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning and Kelby, JJ., concur; Kelly, J., dissents on the authority of *Morse* v. *Morse Dry Dock & Repair Co.* (191 App. Div. 923).

Edward P. Baker, Respondent, v. Elizabeth G. Cooper and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ. [See 201 App. Div. 640.]

Howard G. Bishop and Another, Appellants, v. Willis P. Thomas and Others, Defendants, Impleaded with The People of the State of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

Frank J. Bradley, Trading as The Bradley Shoe Company, Respondent, v. Charles E. Wethey, Trading as C. E. Wethey Shoe Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

George C. Case, Respondent, v. Edward B. Vanderveer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

James C. Davis, Director-General of Railroads, as Agent under Section 206 of the Transportation Act,* Appellant, v. James A. P. Ramsdell and Leander Brown, as Copartners, etc., Respondents.— Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

Abraham Dooneief, Appellant, v. Miloch Rosengarten, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

Helen Froelich, Respondent, v. K. W. W. Holding Company, Inc., Appellant.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Cropsey at Special Term. [Reported in 116 Misc. Rep. 275.] Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.